NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY D. WHITE )
)
          Appellant, )
)
v. )          Case No. 2D18-4259
)
STATE OF FLORIDA, )
)
          Appellee. )
_____ )

Opinion filed October 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone,
Judge.

Anthony D. White, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, LaROSE and ATKINSON, JJ., Concur.